# memo

FILED
FEB 08 2013
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

**US Attorneys Office**

To: Hon. Sheila K. Oberto
From: AUSA Kevin Rooney   *KR*

Date: 2/8/2013
Re: Us v Belford et al
1:13 CR 48 AWI?BAM

---

The United States Attorney's Office is requesting the issuance of no bail arrest warrants for defendants Belford and Brooks. Mr. Belford is scheduled for release from the United States Penitentiary on February 12, 2013. The United States Marshalls Service is uncertain whether or not there will be sufficient time to transport Mr. Belford pursuant to an Attorney's Special Request prior to that release. A warrant for Mr. Brooks is also requested to allow the efficient transport of both defendants to this Court.

No action is requested at this time regarding defendant Kiiti.

So ordered.
2/8/2013    *Sheila K. Oberto*
            U.S. Magistrate Judge.