CARL M. FALLER  SBN: 70788
Attorney at Law
Post Office Box 912
Fresno, CA 93714
Tel:  559-226-1534
Fax:  559-412-4746
carl.faller@fallerdefense,com


Attorney for Defendant
JUAN JOSE ALVAREZ-ARROYO

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:13-cr-00048-AWI-BAM |
| Plaintiff, | EX PARTE MOTION FOR DISCLOSURE OF PREVIOUS PRESENTENCE REPORT; ORDER |
| vs. | |
| JACOB BELFORD, | |
| Defendant. | |

This defendant entered a plea of guilty in this matter and sentencing is currently set fot September 9, 2013.  A Presentence Report was prepared by United States Probation Officer Nicole Wright on or about July 23, 2013.  By her calculations, the defendant is in Criminal History Category VI.  The offense to which defendant entered his plea took place while he was incarcerated at Atwater Federal Prison on a previous federal case which took place in the District of Nevada.  In that matter, a Presentence Report was prepared which also calculated his criminal history.  Counsel sought to review that report to determine how the defendant's criminal history was previously calculated by contacting Officer Wright.  Counsel was informed by Officer Wright, after she consulted with her superiors, that counsel would not be allowed to review the previous report even though it was in her possession and she had reviewed it while preparing the report in this matter.

Counsel is therefore requesting this court to issue an order stating that defense counsel be allowed to review the previous report prior to filing a Sentencing Memorandum in this matter.

Defense counsel has consulted with counsel for the government, Kevin P. Rooney, and he stated that he has no objection to this request.

Dated: August 28, 2013

/s/ Carl M. Faller
CARL M. FALLER
Attorney for Defendant

ORDER:

Based upon the showing set forth above, and good cause appearing, it is hereby ordered that the United States Probation Office for the Eastern District of California, allow Carl M. Faller, counsel for Jacob Belford, to review all Presentence Reports in their possession which were prepared in any prior federal cases involving this defendant.

IT IS SO ORDERED.

Dated: August 29, 2013

_____
SENIOR DISTRICT JUDGE