```
 1  CARL M. FALLER  SBN: 70788
    Attorney at Law
 2  Post Office Box 912
    Fresno, CA 93714
 3  Tel:  559-226-1534
    Fax:  559-412-4746
 4  carl.faller@fallerdefense,com

 5
    Attorney for Defendant
 6  JACOB BELFORD

 7
```

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 1:13-cr-48 AWI BAM |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE |
| vs. | ) DATE FOR SENTENCING |
| JACOB BELFORD, | ) |
| Defendant. | ) |

It is hereby stipulated by and between the parties hereto, through their attorneys of record as follows:

The sentencing hearing is currently set in this matter for September 9, 2013, at 10:00am. It is respectfully requested that the sentencing hearing be continued until October 7, 2013 at 10:00am, for the following reasons:

The court recently issued an order granting defense counsel access to a presentence report which was prepared for a previous case involving this defendant.  Counsel has yet to review that report and consider the impact of matters set forth therein on the defendant's sentence in this case, particularly his criminal history.  In addition, counsel is currently trailing in the trial calendar in the case of People v. Jason Smoyer, in Fresno county Superior Court, in which trial was scheduled to begin on September 4, 2013, in which the defendant, a former police officer, is charged with domestic violence.

Therefore, it is respectfully requested that the defendant's sentencing hearing that is currently set for September 9, 2013 at 10:00 am, be continued until October 7, 2013 at 10:00 am.

Dated: September 5, 2013

/s/ Carl M. Faller
CARL M. FALLER
Attorney for Defendant
JACOB BELFORD

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Kevin P Rooney
KEVIN P. ROONEY
Assistant U.S. Attorney

ORDER:

Based upon the stipulation of the parties and good cause appearing, it is hereby ORDERED that the defendant's sentencing hearing currently set for September 9, 2013 at 10:00 am, be continued until October 7, 2013 at 10:00 am.

IT IS SO ORDERED.

Dated: September 5, 2013

SENIOR DISTRICT JUDGE